IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-cr-233

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| STACEY JOAN BOGAN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the government's motion for a reduction of the defendant's sentence pursuant to Federal Rule of Criminal Procedure 35(b)(2). (Doc. No. 43).

For the reasons stated in the government's motion, the Court finds that the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person and reducing the sentence accords with the Sentencing Commission's guidelines and policy statements. Fed. R. Crim. P. 35(b).

**IT IS, THEREFORE, ORDERED** that the government's motion (Doc. No. 43) is **GRANTED** and the defendant's sentences on Counts 1 through 5 are reduced to 119 months' imprisonment, for a total term of 143 months' imprisonment when combined with the sentence in Case No. 3:05cr311. All other terms and conditions previously imposed remain unchanged.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: December 21, 2011

Robert J. Conrad, Jr.
Chief United States District Judge