IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-cr-233

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| vs. | ) | ORDER |
| STACY JOAN BOGAN | ) | |

**THIS MATTER** is before the Court upon requests of the defendant to modify the restitution order, (Doc. Nos. 38, 39), and the government's response, (Doc. No. 40).

The Court previously denied similar requests, (Case No. 3:05-cr-311, Doc. No. 20: Order; Doc. Nos. 19, 20: Motions), and the defendant has not shown that the final judgment is subject to amendment pursuant to 18 U.S.C. § 3664(o).

**IT IS, THEREFORE, ORDERED** that the defendant's motions are **DENIED**.

Signed: December 21, 2011

Robert J. Conrad, Jr.
Chief United States District Judge